PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Raff                                             Cr.: 06-00234-001

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr., U.S.D.J.

Date of Original Sentence: 06/25/07

Original Offense: Wire Fraud

Original Sentence: 5 years probation, full financial disclosure, no new debt, participate in a mental health evaluation/counseling, collection of DNA, monthly meetings and progress reports with the Probation Office, and pay $403,750 in restitution to Lillian Hausner

Type of Supervision: Probation                          Date Supervision Commenced: 06/25/07

Assistant U.S. Attorney: Scott McBride                              Defense Attorney: Peter Till

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The offender has violated the supervision condition which states **The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court.'**

     While residing at the Capri Inn from June 25, 2007 to August 23, 2007, offender used his VISA credit card to pay for the room.

2    The offender has violated the supervision condition which states ' **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**

     The offender has failed to submit Monthly Supervision reports for July and August 2007.

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states ' **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' |
| | The defendant was unemployed when he was sentenced and remains unemployed. |
| 4 | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | According to the Capri Inn, the last reported residence for the defendant, he moved out of the inn on August 23, 2007. The defendant has not provided a new address to the probation office. |
| 5 | The offender has violated the supervision condition which states **The defendant shall make restitution to Lillian Hausner in the amount of $403,750.**' |
| | The defendant has failed to make any payments towards restitution.. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 09/04/07

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9-12-07
Date